

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE BOARD OF EDUCATION OF THE APPOQUINIMINK SCHOOL DISTRICT, and THE DELAWARE DEPARTMENT OF EDUCATION, | : : : : : | |
| Plaintiffs, | : : | C.A. No. 06-770 |
| v. | : : : | |
| JULIE JOHNSON and SAMUEL QUINTON JOHNSON, IV, parents of SAMUEL QUINTON JOHNSON, V, | : : : : : | |
| Defendants. | : | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiffs, the Board of Education of the Appoquinimink School District, and the Delaware Department of Education, hereby move to place the Complaint under seal. The grounds for this Motion are as follows:

1. The primary subject matter of the lawsuit concerns a dispute regarding the education of a minor child, Samuel Quinton Johnson, V.

2. The Complaint contains highly confidential personal and school information regarding the minor child.

3. Some or all of the school information may be protected from disclosure under the Family Educational Rights and Privacy Act ("FERPA"), 20 U.S.C.A. §1232g.

    WHEREFORE, Plaintiffs respectfully request that the Complaint in this matter be filed under seal.

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR LLP | DEPARTMENT OF JUSTICE |
| *[signature]* | /s/Jennifer L. Kline |
| Scott Holt, Esquire (Bar ID 3399) | Jennifer L. Kline, Esquire (Bar ID 4075) |
| Michael Stafford, Esquire (Bar ID 4461) | 102 West Water Street |
| The Brandywine Building, 17th Floor | Dover, DE 19901 |
| 1000 West Street | Phone: (302) 739-7641 |
| Wilmington, DE 19899 | Jennifer.Kline@state.de.us |
| Phone: (302) 571-6623, 6553 | |
| sholt@ycst.com; mstafford@ycst.com | |

DATED:  December 18, 2006