# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | |
|---|---|---|---|
| BEN T. CASTLE | NEILLI MULLEN WALSH | LISA A. ARMSTRONG | KAREN LANTZ |
| SHELDON N. SANDLER | JANET Z. CHARLTON | JOSEPH M. BARRY | TIMOTHY E. LENGKEEK |
| RICHARD A. LEVINE | ROBERT S. BRADY | SEAN M. BEACH | ANDREW A. LUNDGREN |
| RICHARD A. ZAPPA | JOEL A. WAITE | SANJAY BHATNAGAR | MATTHEW B. LUNN |
| FREDERICK W. IOBST | BRENT C. SHAFFER | DONALD J. BOWMAN, JR. | JOSEPH A. MALFITANO |
| RICHARD H. MORSE | DANIEL P. JOHNSON | TIMOTHY P. CAIRNS | ADRIA B. MARTINELLI |
| DAVID C. MCBRIDE | CRAIG D. GREAR | JEFFREY T. CASTELLANO | MICHAEL W. MCDERMOTT |
| JOSEPH M. NICHOLSON | TIMOTHY JAY HOUSEAL | KARA HAMMOND COYLE | MARIBETH L. MINELLA |
| CRAIG A. KARSNITZ | MARTIN S. LESSNER | MARGARET M. DIBIANCA | EDMON L. MORTON |
| BARRY M. WILLOUGHBY | PAULINE K. MORGAN | MARY F. DUGAN | D. FON MUTTAMARA-WALKER |
| JOSY W. INGERSOLL | C. BARR FLINN | ERIN EDWARDS | JENNIFER R. NOEL |
| ANTHONY G. FLYNN | NATALIE WOLF | KENNETH J. ENOS | ADAM W. POFF |
| JEROME K. GROSSMAN | LISA B. GOODMAN | IAN S. FREDERICKS | SETH J. REIDENBERG |
| EUGENE A. DIPRINZIO | JOHN W. SHAW | JAMES J. GALLAGHER | SARA BETH A. REYBURN |
| JAMES L. PATTON, JR. | JAMES P. HUGHES, JR. | SEAN T. GREECHER | KRISTEN R. SALVATORE |
| ROBERT L. THOMAS | EDWIN J. HARRON | STEPHANIE L. HANSEN | MICHELE SHERRETTA |
| WILLIAM D. JOHNSTON | MICHAEL R. NESTOR | DAWN M. JONES | MONTÉ T. SQUIRE |
| TIMOTHY J. SNYDER | MAUREEN D. LUKE | RICHARD S. JULIE | MICHAEL P. STAFFORD |
| BRUCE L. SILVERSTEIN | ROLIN P. BISSELL | KAREN E. KELLER | CHAD S.C. STOVER |
| WILLIAM W. BOWSER | SCOTT A. HOLT | JENNIFER M. KINKUS | JOHN E. TRACEY |
| LARRY J. TARABICOS | JOHN T. DORSEY | EDWARD J. KOSMOWSKI | MARGARET B. WHITEMAN |
| RICHARD A. DILIBERTO, JR. | M. BLAKE CLEARY | JOHN C. KUFFEL | SHARON M. ZIEG |
| MELANIE K. SHARP | CHRISTIAN DOUGLAS WRIGHT | | |
| CASSANDRA F. ROBERTS | DANIELLE GIBBS | SPECIAL COUNSEL | SENIOR COUNSEL |
| RICHARD J.A. POPPER | JOHN J. PASCHETTO | JOHN D. MCLAUGHLIN, JR. | CURTIS J. CROWTHER |
| TERESA A. CHEEK | NORMAN M. POWELL | ELENA C. NORMAN | |
| | | KAREN L. PASCALE | OF COUNSEL |
| | | PATRICIA A. WIDDOSS | BRUCE M. STARGATT |
| | | | STUART B. YOUNG |
| | | | EDWARD B. MAXWELL, 2ND |

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: 302-571-6623
DIRECT FAX: 302-576-3299
sholt@ycst.com

December 18, 2006

**BY FACSIMILE**

Dr. Peter T. Dalleo, Clerk of the Court
United States District Court
844 North King Street
Wilmington, DE 19801

       Re:    The Board of Education of the Appoquinimink School District, and the Delaware Department of Education v. Julie Johnson and Samuel Quinton Johnson, IV, parents of Samuel Quinton Johnson, V
             C.A. No. 06-0770

Dear Doctor Dalleo:

       Pursuant to the Plaintiffs' Motion, Plaintiffs hereby request the entire case be filed under seal.

                                             Respectfully submitted,

                                             Scott A. Holt

SAH:bla