

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE BOARD OF EDUCATION OF THE APPOQUINIMINK SCHOOL DISTRICT, and THE DELAWARE DEPARTMENT OF EDUCATION,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>JULIE JOHNSON and SAMUEL QUINTON JOHNSON, IV, parents of SAMUEL QUINTON JOHNSON, V,<br><br>　　　　　　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>: C.A. No. _____<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

AND NOW, on this **19th** day of **December** 2006, upon consideration of Plaintiffs' Motion for Leave to File Under Seal,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion is **GRANTED** and the Complaint shall be placed under seal.

_____
J.