

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE BOARD OF EDUCATION OF THE APPOQUINIMINK SCHOOL DISTRICT, And THE DEPARTMENT OF EDUCATION,<br>            Plaintiffs,<br>   v.<br><br>JULIE JOHNSON and SAMUEL QUINTON JOHNSON, IV, PARENTS OF SAMUEL QUINTON, V, | :<br>:<br>:  C.A. No.:06-770<br>:<br>:<br>:<br>:<br>:<br>: |

### ANSWER TO MOTION FOR LEAVE TO FILE UNDER SEAL

Defendants, JULIE JOHNSON and SAMUEL QUINTON JOHNSON, IV, PARENTS OF SAMUEL QUINTON, V, by and through their attorney, Patricia M. O'Neill, Esquire, respond to the Plaintiffs' Motion as follows:

1. Admitted.

2. Admitted.

3. Denied. FERPA rights belong to the Defendants as Parents and Guardians of the minor child. Defendants waive their FERPA rights and have no objection to public access to the information contained herein.

Patricia M. O'Neill, Esquire
22 West Front Street
Media, PA 19063
610-891-6668
Attorney for Plaintiffs
Delaware Supreme Court
Identification No: 3016
Admitted to Delaware District Court
Date: January 8, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE BOARD OF EDUCATION OF THE APPOQUINIMINK SCHOOL DISTRICT, And THE DEPARTMENT OF EDUCATION,<br>        Plaintiffs,<br>v.<br>JULIE JOHNSON and SAMUEL QUINTON JOHNSON, IV, PARENTS OF SAMUEL QUINTON, V,<br>        Defendants. | C.A. No.:06-770 |

### ORDER

AND NOW, on this        day of        , 2007, upon consideration of Plaintiff's Motion for Leave to File under Seal and the Defendant's Response thereto;

**IT IS HEREBY ORDERED,** that the Plaintiffs' Motion that the Complaint shall be filed under seal is denied.

BY THE COURT:

_____
J.