IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THE BOARD OF EDUCATION OF THE            :
APPOQUINIMINK SCHOOL DISTRICT, and       :
THE DELAWARE DEPARTMENT OF               :
EDUCATION,                               :
                                         :
            Plaintiffs,                  :
                                         :
    v.                                   :   Civil Action No. 06-770-JJF
                                         :
MR. & MRS. SQJ, IV, parents of           :
SQJ, V,                                  :
                                         :
            Defendants.                  :

## O R D E R

WHEREAS, Plaintiffs filed a Motion For Leave To File Under Seal (D.I. 1) requesting the Court to place the Complaint under seal because it involves confidential and school information of a minor child protected from disclosure under the Family Educational Rights and Privacy Act ("FERPA"), 20 U.S.C. § 1232g;

WHEREAS, the Court entered Plaintiff's proposed Order (D.I. 5) placing the Complaint under seal, and since that time, all the filings in this case have been sealed;

WHEREAS, since the entry of the Court's Order, Defendants have filed a response to Plaintiffs' Motion (D.I. 7) indicating that they waive any rights of non-disclosure under FERPA and have no objection to lifting the seal;

NOW THEREFORE, IT IS HEREBY ORDERED that the seal on the above case and its filings is **LIFTED**.

January 16, 2007                    /s/ Joseph J. Farnan
      DATE                          UNITED STATES DISTRICT JUDGE