IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE BOARD OF EDUCATION OF THE APPOQUINIMINK SCHOOL DISTRICT, And THE DEPARTMENT OF EDUCATION, | : : : : : | C.A. No.:06-770 |
| Plaintiffs, | : | |
| v. | : : | |
| Mr. & Mrs. SQJ, IV Parents of SQJ, V, | : : | |
| Defendants. | : | |

## **ORDER**

    AND NOW, on this            day of           , 2007, upon consideration of

Plaintiff's Motion for Leave to File under Seal and the Defendant's Response thereto;

    **IT IS HEREBY ORDERED,** that the Plaintiffs' Motion is denied that the

Complaint shall be filed under seal.


                       BY THE COURT:

                       _____

                                    J.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE BOARD OF EDUCATION OF THE APPOQUINIMINK SCHOOL DISTRICT, And THE DEPARTMENT OF EDUCATION, | : : : : : | C.A. No.:06-770 |
| Plaintiffs, | : | |
| v. | : : | |
| Mr. & Mrs. SQJ, IV Parents of SQJ, V, | : : | |

## ANSWER TO MOTION FOR LEAVE TO FILE UNDER SEAL

Defendants, Mr. & Mrs. SQJ, IV, Parents of SQJ, V, by and through their Attorney, Patricia M. O'Neill, Esquire, respond to the Plaintiffs' Motion as follows:

1. Admitted.

2. Admitted.

3. Denied. FERPA rights belong to the Defendants as Parents and Guardians of the minor child. Defendants waive their FERPA rights and have no objection to public access to the information contained herein. Further, Parents believe invocation of FERPA by Plaintiffs is quite disingenuous on its part.

> Patricia M. O'Neill, Esquire
> 22 West Front Street
> Media, PA 19063
> 610-891-6668
> Attorney for Plaintiffs
> Delaware Supreme Court
> Identification No: 3016
> Admitted to Delaware District Court
> Date: January 24, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE BOARD OF EDUCATION OF THE APPOQUINIMINK SCHOOL DISTRICT, And THE DEPARTMENT OF EDUCATION,<br>          Plaintiffs,<br>    v.<br><br><br>Mr. & Mrs. SQJ, IV<br>Parents of SQJ, V,<br>          Defendants. | : : : : : : : : : : : : | C.A. No.:06-770 |

## AFFIDAVIT OF SERVICE

I, Patricia M. O'Neill, Esquire, attorney for Mr. & Mrs. SQJ, IV, Parents of SQJ, V, hereby certify that service was made upon the parties by e-filing:

Answer to Motion for Leave of Court to File under Seal.

Mr. Michael Stafford, Esquire, Attorney for the School District;

Ms. Jennifer Kline, Esquire, Attorney for DOE.


                                     Certified:  Patricia M. O'Neill
                                                 Attorney for Parents.