IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE BOARD OF EDUCATION OF THE APPOQUINIMINK SCHOOL DISTRICT, and THE DELAWARE DEPARTMENT OF EDUCATION, | : : : : : | |
| Plaintiffs, Counterclaim Defendants, and | : : : | C.A. No. 06-770-JJF |
| VALERIE WOODRUFF, SECRETARY OF EDUCATION FOR THE STATE OF DELAWARE, | : : : : | |
| Counterclaim Defendant, | : : | |
| v. | : : | |
| MR. & MRS. SQJ, IV, parents of SQJ, V, | : : : | |
| Defendants, and | : : | |
| MR. & MRS. SQJ, IV individually and on behalf of their son, SQJ, V, | : : : : | |
| Counterclaim Plaintiffs. | : | |

## NOTICE OF SERVICE

I, Michael P. Stafford, Esquire, hereby certify that on August 16, 2007, I caused

two true and correct copies of **The Board of Education of the Appoquinimink School**

**District's Initial Disclosures** to be served upon the following counsel of record:

BY FIRST CLASS MAIL:

Jennifer L. Kline, Esquire
Department of Justice, State of Delaware
102 W. Water Street
Dover, DE 19904

Patricia O'Neill, Esquire
22 West Front Street
Media, PA 19063

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Michael P. Stafford*
Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6553
Facsimile: (302) 576-3461
Email: mstafford@ycst.com
*Attorneys for the Appoquinimink School District*

DATED:   August 16, 2007