IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE BOARD OF EDUCATION OF THE APPOQUINIMINK SCHOOL DISTRICT, and THE DELAWARE DEPARTMENT OF EDUCATION,<br><br>    Plaintiffs, Counterclaim Defendants, and<br><br>VALERIE WOODRUFF, SECRETARY OF EDUCATION,<br><br>    Counterclaim Defendant,<br><br>MR. and MRS. SQJ, IV, parents of SQJ, V,<br><br>    Defendants, and<br><br>MR. AND MRS. SQJ, IV individually and on behalf of their son, SQJ, V,<br><br>    Counterclaim Plaintiffs. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:  C.A. No. 06-770-JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### NOTICE OF SERVICE

I, Jennifer L. Kline, hereby certify that on August 15, 2007, I caused a true and correct copy of the Rule 26(a)(1) Initial Disclosures of the Delaware Department of Education and Valerie A. Woodruff, Secretary of Education to be served upon the following counsel of record:

BY FACSIMILE AND MAIL:

| | |
|---|---|
| Patricia M. O'Neill, Esquire<br>114 West Front Street<br>Media, PA 19063 | Michael Stafford, Esquire<br>Young, Conaway, Stargatt & Taylor LLP<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899 |

                                  **DEPARTMENT OF JUSTICE**
                                  **STATE OF DELAWARE**

                                  */s/ Jennifer L. Kline*
                                  _____
                                  Jennifer L. Kline  (#4075)
                                  Deputy Attorney General
                                  102 W. Water Street
                                  Dover, DE 19904
                                  (302) 739-7641
                                  Attorney for Secretary Woodruff and
                                  Delaware Department of Education

Dated:  August 20, 2007