IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE BOARD OF EDUCATION OF THE APPOQUINIMINK SCHOOL DISTRICT, and THE DELAWARE DEPARTMENT OF EDUCATION,<br><br>    Plaintiffs, Counterclaim Defendants, and<br><br>VALERIE WOODRUFF, SECRETARY OF EDUCATION,<br><br>    Counterclaim Defendant,<br><br>MR. and MRS. SQJ, IV, parents of SQJ, V,<br><br>    Defendants, and<br><br>MR. AND MRS. SQJ, IV individually and on behalf of their son, SQJ, V,<br><br>    Counterclaim Plaintiffs. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:  C.A. No. 06-770-JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### NOTICE OF SERVICE

I, Jennifer L. Kline, hereby certify that on August 30, 2007, I caused a true and correct copy of the **The Delaware Department of Education and Secretary Woodruff's First Set of Interrogatories Directed to SQJ, V and Mr. and Mrs. SQJ, IV** to be served upon the following counsel of record:

*BY FACSIMILE AND MAIL*:

Patricia M. O'Neill, Esquire  
22 West Front Street  
Media, PA 19063

Michael Stafford, Esquire  
Young, Conaway, Stargatt & Taylor LLP  
1000 West Street, 17th Floor  
Wilmington, DE 19899

DEPARTMENT OF JUSTICE
STATE OF DELAWARE

/s/ Jennifer L. Kline
_____
Jennifer L. Kline (#4075)
Deputy Attorney General
102 W. Water Street
Dover, DE 19904
(302) 739-7641
Attorney for Secretary Woodruff and
Delaware Department of Education

Dated: August 30, 2007