IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE BOARD OF EDUCATION OF THE APPOQUINIMINK SCHOOL DISTRICT, and THE DELAWARE DEPARTMENT OF EDUCATION,<br><br>    Plaintiffs, Counterclaim Defendants, and<br><br>VALERIE WOODRUFF, SECRETARY OF EDUCATION,<br><br>    Counterclaim Defendant,<br><br>MR. and MRS. SQJ, IV, parents of SQJ, V,<br><br>    Defendants, and<br><br>MR. AND MRS. SQJ, IV individually and on behalf of their son, SQJ, V,<br><br>    Counterclaim Plaintiffs. | C.A. No. 06-770-JJF |

## NOTICE OF PAPER FILING

I, Jennifer L. Kline, hereby certify that on August 31, 2007, I caused the original and one paper copy of the administrative record of the proceedings before the special education due process panel to be filed with the Court by depositing same in the mail and addressed to the U.S. District Court for the District of Delaware. I also certify that on August 31, 2007, I caused one copy of the administrative record to be served upon the following counsel of record:

BY MAIL:

Patricia M. O'Neill, Esquire  
114 West Front Street  
Media, PA 19063

Michael Stafford, Esquire  
Young, Conaway, Stargatt & Taylor LLP  
1000 West Street, 17th Floor  
Wilmington, DE 19899

**DEPARTMENT OF JUSTICE**
**STATE OF DELAWARE**

/s/ Jennifer L. Kline
_____
Jennifer L. Kline (#4075)  
Deputy Attorney General  
102 W. Water Street  
Dover, DE 19904  
(302) 739-7641  
Attorney for Secretary Woodruff and  
Delaware Department of Education

Dated:   September 4, 2007