IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE BOARD OF EDUCATION OF THE APPOQUINIMINK SCHOOL DISTRICT, and THE DELAWARE DEPARTMENT OF EDUCATION,<br><br>    Plaintiffs, Counterclaim Defendants, and<br><br>VALERIE WOODRUFF, SECRETARY OF EDUCATION,<br><br>    Counterclaim Defendant,<br><br>MR. and MRS. SQJ, IV, parents of SQJ, V,<br><br>    Defendants, and<br><br>MR. AND MRS. SQJ, IV individually and on behalf of their son, SQJ, V,<br><br>    Counterclaim Plaintiffs. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>C.A. No. 06-770-JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**STIPULATION AND ORDER MODIFYING
RULE 16 SCHEDULING ORDER**

The parties hereby stipulate and agree to modify Paragraph 6 of the August 3, 2007 Scheduling Order, subject to approval by the Court, as follows:

**Case Dispositive Motions**. Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed on or before **December 10, 2007**. Answering Briefs shall be served and filed on or before **January 9, 2008**. Reply Briefs shall be served and filed on or before **January 25, 2008**.

| | |
|---|---|
| **DEPARTMENT OF JUSTICE**<br>**STATE OF DELAWARE** | **YOUNG, CONAWAY,**<br>**STARGATT & TAYLOR, LLP** |
| */s/ Jennifer L. Kline*<br>Jennifer L. Kline (#4075)<br>Deputy Attorney General<br>102 W. Water Street<br>Dover, DE 19904<br>(302) 739-7641<br>Attorney for Secretary Woodruff and<br>Delaware Department of Education<br>Jennifer.kline@state.de.us | */s/ Michael P. Stafford*<br>Michael Stafford (#4461)<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899<br>(302) 571-6553<br>Attorney for Appoquinimink<br>School District<br>mstafford@ycst.com |

**LAW OFFICES OF PATRICIA**
**M. O'NEILL**

*/s/ Patricia M. O'Neill*
Patricia M. O'Neill (#3016)
339 West Baltimore Avenue
1st Floor
Media, PA 19602
(610) 891-6668
Attorney for Mr. and Mrs. SQJ, IV
oneillpmo@aol.com

IT IS SO ORDERED this _____ day of _____, 2007.

_____
The Honorable Joseph J. Farnan, Jr.