IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE BOARD OF EDUCATION OF THE APPOQUINIMINK SCHOOL DISTRICT, and THE DELAWARE DEPARTMENT OF EDUCATION,<br><br>    Plaintiffs, Counterclaim Defendants, and<br><br>VALERIE WOODRUFF, SECRETARY OF EDUCATION,<br><br>    Counterclaim Defendant,<br><br>MR. and MRS. SQJ, IV, parents of SQJ, V,<br><br>    Defendants, and<br><br>MR. AND MRS. SQJ, IV individually and on behalf of their son, SQJ, V,<br><br>    Counterclaim Plaintiffs. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: C.A. No. 06-770-JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**STIPULATION AND ORDER
DISMISSING COUNTERCLAIM**

The parties hereby stipulate and agree to the dismissal of the Counterclaim filed in the above matter as follows:

    1.    On or about December 18, 2006, the Board of Education of the Appoquinimink School District ("the District") and the Delaware Department of Education ("the Department") filed a civil action seeking judicial review of an administrative due process panel decision under the Individuals With Disabilities Education Act.

    2.    On or about January 8, 2007, Mr. and Mrs. SQJ, IV filed a Counterclaim

against the District, the Department, and the Secretary of Education alleging violations of Section 504 of the Rehabilitation Act, the Americans With Disabilities Act, the Individuals With Disabilities Education Act, and 42 U.S.C. § 1983.

3. The parties stipulate and agree, subject to approval by the Court, the Counterclaim filed by Mr. and Mrs. SQJ, IV shall be dismissed with prejudice.

| | |
|---|---|
| **DEPARTMENT OF JUSTICE STATE OF DELAWARE** | **YOUNG, CONAWAY, STARGATT & TAYLOR, LLP** |
| */s/ Jennifer L. Kline* <br> Jennifer L. Kline (#4075) <br> Deputy Attorney General <br> 102 W. Water Street <br> Dover, DE 19904 <br> (302) 739-7641 <br> Attorney for Secretary Woodruff and Delaware Department of Education <br> Jennifer.kline@state.de.us | */s/ Michael P. Stafford* <br> Michael P. Stafford (#4461) <br> 1000 West Street, 17th Floor <br> Wilmington, DE 19899 <br> (302) 571-6553 <br> Attorney for Appoquinimink School District <br> mstafford@ycst.com |

**LAW OFFICES OF PATRICIA M. O'NEILL**

*/s/ Patricia M. O'Neill*
Patricia M. O'Neill (#3016)
339 West Baltimore Avenue
1st Floor
Media, PA 19602
(610) 891-6668
Attorney for Mr. and Mrs. SQJ, IV
oneillpmo@aol.com

IT IS SO ORDERED this _____ day of _____, 2007.

_____
The Honorable Joseph J. Farnan, Jr.