IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE BOARD OF EDUCATION OF THE APPOQUINIMINK SCHOOL DISTRICT, and THE DELAWARE DEPARTMENT OF EDUCATION, | : : : : : | |
| Plaintiffs, Counterclaim Defendants, and | : : : | C.A. No. 06-770-JJF |
| VALERIE WOODRUFF, SECRETARY OF EDUCATION FOR THE STATE OF DELAWARE, | : : : : : | |
| Counterclaim Defendant, | : : | |
| v. | : : | |
| MR. & MRS. SQJ, IV, parents of SQJ, V, | : : : | |
| Defendants, and | : : | |
| MR. & MRS. SQJ, IV individually and on behalf of their son, SQJ, V, | : : : : | |
| Counterclaim Plaintiffs. | : | |

**PLAINTIFFS'/CONTERCLAIM DEFENDANTS'
JOINT MOTION FOR SUMMARY JUDGMENT**

Plaintiffs/Counterclaim Defendants, by and through the undersigned counsel, hereby move for entry of an Order granting them Summary Judgment on all Counts of Plaintiffs' Complaint for the reasons more fully set forth in their Opening Brief filed with the Court on Monday, December 10, 2007.

*{Continued On Next Page}*

| | |
|---|---|
| YOUNG, CONAWAY, STARGATT & TAYLOR LLP | DEPARTMENT OF JUSTICE |
| */s/ Michael P. Stafford* | */s/ Jennifer L. Kline* |
| Scott Holt, Esquire (Bar ID 3399) | Jennifer L. Kline, Esquire (Bar ID 4075) |
| Michael Stafford, Esquire (Bar ID 4461) | 102 West Water Street |
| 1000 West Street | Dover, DE 19901 |
| 17th Floor | Phone: (302) 739-7641 |
| Wilmington, DE 19899 | Jennifer.Kline@state.de.us |
| Phone: (302) 571-6553 | Attorneys for the Delaware Department of Education, and Secretary of Education, Valerie S. Woodruff |
| sholt@ycst.com | |
| mstafford@ycst.com | |
| Attorneys for the Board of Education of the Appoquinimink School District | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE BOARD OF EDUCATION OF THE APPOQUINIMINK SCHOOL DISTRICT, and THE DELAWARE DEPARTMENT OF EDUCATION, | : : : : : | |
| Plaintiffs, Counterclaim Defendants, and | : : : | C.A. No. 06-770-JJF |
| VALERIE WOODRUFF, SECRETARY OF EDUCATION FOR THE STATE OF DELAWARE, | : : : : : | |
| Counterclaim Defendant, | : : | |
| v. | : : | |
| MR. & MRS. SQJ, IV, parents of SQJ, V, | : : : | |
| Defendants, and | : : | |
| MR. & MRS. SQJ, IV individually and on behalf of their son, SQJ, V, | : : : | |
| Counterclaim Plaintiffs. | : | |

## **ORDER**

**IT IS HEREBY ORDERED** this _____ day of _____, 200__, that

Plaintiffs'/Counterclaim Defendants' Joint Motion for Summary Judgment is **GRANTED** and

Judgment is granted in their favor on all counts of the Complaint.

_____
Judge Joseph J. Farnan, Jr.