IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOARD OF EDUCATION OF THE | * |
| APPOQUINIMINK SCHOOL DISTRICT, | * |
| et al., | * |
| Plaintiffs | * |
| v. | *   Civil Action No.  06-770-JJF |
| S Q J, V | * |
| et al., | * |
| Defendants | * |

**********************************************

## SUBSTITUTION OF COUNSEL

PATRICIA O'NEILL hereby withdraws her appearance as counsel for Defendants.

BRUCE L. HUDSON hereby enters his appearance as local counsel for Defendants.

                                                        Respectfully Submitted,

| | |
|---|---|
| /s/ Patricia M. O'Neill | /s/ Bruce L. Hudson |
| Patricia M. O'Neill, Esq. | Bruce L. Hudson, Esq. |
| Delaware Bar No. 3016 | Delaware Bar No. 1003 |
| 114 West Front Street | 800 N. King Street, Suite 302 |
| Media, PA 19063 | Wilmington, DE 19801 |
| (610) 891-6668 | (302) 656-9850 |
| | |
| | Date:  December 17, 2007 |