IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOARD OF EDUCATION OF THE | * |
| APPOQUINIMINK SCHOOL DISTRICT, | * |
| et al., | * |
| Plaintiffs | * |
| v. | *   Civil Action No.  06-770-JJF |
| S Q J, V | * |
| et al., | * |
| Defendants | * |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Wayne D. Steedman, Esq. to represent the defendants in this matter.

Respectfully submitted,

/s/ Bruce L. Hudson
Bruce L. Hudson, Esq., Delaware Bar No. 1003
800 N. King Street, Suite 302
Wilmington, DE 19801
(302) 656-9850

Date:  December 17, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

_____                    _____
Date                                                                          United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to local rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Maryland and of the U.S. District Court for the District of Maryland, and pursuant to Local Rule 83.6 submit to the disciplinary action of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been submitted to the Clerk's office.

December 17, 2007                                   /s/  Wayne D. Steedman
Date                                                            Wayne D. Steedman, Federal Bar No. 09474
                                                                      Callegary & Steedman, P.A.
                                                                      201 N. Charles Street, Suite 1402
                                                                      Baltimore, Maryland 21201
                                                                      410-576-7606



**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
ELECTRONIC NOTICING REGISTRATION FORM**

*FOR ATTORNEYS ADMITTED PRO HAC VICE*

Instructions: Once admitted (Pro Hac Vice motion has been granted), an attorney may register for *electronic noticing* in CM/ECF. Once you submit this form (signed original) to the Clerk of Court, your name and e-mail noticing address will appear on the docket, associated with your local counsel.

(Please Print or Type all information)

PRO HAC VICE GRANTED IN: CASE # _____
(Case Type & Number, e.g., CA 04-123 SLR)
DOCKET ITEM # & DATE OF ORDER GRANTING PRO HAC VICE: _____
NAME(S) OF PARTY(IES) REPRESENTED: _____
DATE $25.00 ANNUAL PRO HAC VICE FEE PAID: _____ RECEIPT # _____ (IF KNOWN)
Internet E-Mail Address: **Wayne @ callegarysteedman.com**

Last Name: **Steedman**   Generation: (e.g., Jr., Sr.) ____
First Name: **Wayne**   Middle Initial: **D.**
Firm's Name: **Callegary & Steedman, P.A.**
Address: **201 N. Charles St., Suite 1402**
City: **Baltimore**   State: **MD**   Zip Code: **21201**
Type of Practice: ☒ Civil  ☐ Criminal   Do you have a PACER Account? ☒ Yes ☐ No
Phone No.: **410-576-7606**   FAX No.: **410-576-0454**

An attorney admitted pro hac vice who desires to be electronically noticed by ECF, must complete and sign an Electronic Noticing Registration Form on a case-by-case basis. The attorney may retrieve documents electronically through PACER and will receive system-generated notices of electronic filings, however, this will NOT allow for documents to be FILED electronically. Also, as a participating attorney, you must promptly notify the Clerk's office if there is a change in your personal data, such as name or e-mail address, or termination of involvement in the case.

Signature _____   Date **12/17/07**

Submit completed registration form to:

Clerk
U.S. District Court for the District of Delaware
ATTN: ECF Registration
Room 4209, Lockbox 18
844 N. King Street
Wilmington, DE 19801
(302) 573-6170

**COURT USE ONLY:**   (ECF Pro Hac Vice Reg. Form - Rev. 5/05)

DATE REGISTRATION FORM RECEIVED: _____
☐ PRO HAC VICE STATUS VERIFIED   ☐ ANNUAL PHV FEE PAID
DATE ELECTRONIC NOTICING ACTIVATED: _____
ENTERED BY: _____   ☐ E-MAIL NOTICE SENT TO ATTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **BOARD OF EDUCATION OF THE** | * |
| **APPOQUINIMINK SCHOOL DISTRICT,** | * |
| **et al.,** | * |
| **Plaintiffs** | * |
| v. | *   Civil Action No.  06-770-JJF |
| **S Q J, V** | * |
| **et al.,** | * |
| **Defendants** | * |

**************************************************

## CERTIFICATE OF SERVICE

I, Bruce L. Hudson, do hereby certify that on this 17th day of December, 2007, the Motion for Substitute Attorney was filed and served via electronic filing on the Plaintiffs.

                                                       /s/ Bruce L. Hudson
                                                     Bruce L. Hudson
                                                     Delaware Bar No. 1003
                                                     800 N. King Street, Suite 302
                                                     Wilmington, DE 19801
                                                     (302) 656-9850

Dated: December 17, 2007