IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THE BOARD OF EDUCATION OF THE :
APPOQUINIMINK SCHOOL DISTRICT, :
and THE DELAWARE DEPARTMENT :
OF EDUCATION, :
                                                :
      Plaintiffs, Counterclaim      :
      Defendants, and                 :
                                                :
VALERIE WOODRUFF, SECRETARY OF :
EDUCATION, :
                                                :      C.A. No. 06-770-JJF
      Counterclaim Defendant,        :
                                                :
MR. and MRS. SQJ, IV, :
 parents of SQJ, V, :
                                                :
      Defendants, and :
                                                :
MR. AND MRS. SQJ, IV individually :
and on behalf of their son, SQJ, V, :
                                                :
      Counterclaim Plaintiffs. :

**ENTRY OF APPEARANCE**

Please enter the appearance of Mary L. Cooke, Deputy Attorney General, in the above-captioned matter on behalf of Plaintiffs and Counterclaim Defendants, the Delaware Department of Education and Valerie Woodruff, Secretary of Education.

                                                      DEPARTMENT OF JUSTICE
                                                      STATE OF DELAWARE

                                                           /s/ Mary L. Cooke
                                                     Mary L. Cooke  (#3441)
                                                     Deputy Attorney General
                                                     102 W. Water Street
                                                     Dover, DE 19904
                                                     (302) 739-7641
                                                     Attorney for Secretary Woodruff and
                                                     Delaware Department of Education
                                                     Mary.cooke@state.de.us