IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **BOARD OF EDUCATION OF THE** | * |
| **APPOQUINIMINK SCHOOL DISTRICT,** | * |
| **et al.,** | * |
| **Plaintiffs** | * |
| **v.** | *   **Civil Action No.  06-770-JJF** |
| **S Q J, V** | * |
| **et al.,** | * |
| **Defendants** | * |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>MOTION TO AMEND</u>

Defendants respectfully move that this Court amend the Order issued August 14, 2007, scheduling a Pretrial Conference on Thursday, February 7, 2008, at 2:30 p.m. in Courtroom 4B on the Fourth Floor of the Boggs Federal Building in Wilmington, Delaware.  Specifically, Defendants move that this Court set that Pretrial Conference for Thursday, February 14, 2008, at 2:30 p.m., to be held via teleconference.

This motion is unopposed by counsel for the local and state Plaintiffs.

RESPECTFULLY SUBMITTED,

 <u>/s/ Wayne D. Steedman</u>
Wayne D. Steedman, Esq.
Federal Bar No. 9474
Callegary & Steedman, P.A.
201 N. Charles St., Suite 1402
Baltimore, MD 21201
(410) 576-7606
wayne@callegarysteedman.com
Attorney for Plaintiffs

      /s/ Bruce L. Hudson
Bruce L. Hudson, Esq.
Delaware Bar No. 1003
Law Office of Bruce L. Hudson
800 N. King St., Suite 302
Wilmington, DE 19801
(302) 656-9850


## CERTIFICATION

I hereby certify that a copy of the foregoing, including all attachments, was filed this 21ST day of December, 2007, and was served electronically on the parties.


    /s/ Wayne Steedman
Attorney for Defendants

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **BOARD OF EDUCATION OF THE** | * |
| **APPOQUINIMINK SCHOOL DISTRICT,** | * |
| **et al.,** | * |
| **Plaintiffs** | * |
| v. | *   Civil Action No.  06-770-JJF |
| **S Q J, V** | * |
| **et al.,** | * |
| **Defendants** | * |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>ORDER</u>

The matter being before the Court on Defendants' Motion to Reschedule, it is this \_\_\_\_ day of \_\_\_\_\_, 200\_, hereby:

**ORDERED** that the Pretrial Conference scheduled for February 7, 2008, at 2:30 p.m. is cancelled; it is further

**ORDERED** that a new Pretrial Conference is scheduled for February 14, 2008, at 2:30 p.m.; AND it is further

**ORDERED** that said Conference will convene via a teleconference, to be organized by Plaintiffs;

**SO ORDERED**.

_____
The Honorable JOSEPH J. FARNAN, Jr.
United States District Judge