IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **BOARD OF EDUCATION OF THE** * | |
| **APPOQUINIMINK SCHOOL DISTRICT,** * | |
| **et al.,** * | |
| **Plaintiffs** * | |
| v. * | Civil Action No. 06-770-JJF |
| **S Q J, V** * | |
| **et al.,** * | |
| **Defendants** * | |

************************************************

JOINT STIPULATION AND ORDER

It is hereby stipulated by and between the parties in the above-captioned matter that the briefing schedule set forth in the Scheduling Orders shall be amended as follows:

1. Answering Briefs to case dispositive motions shall be served and filed on or before January 30, 2008;
2. Reply Briefs shall be served and filed on February 14, 2008.

Counsel for all parties certify that they have consulted with their respective clients about this request.

*(Continued on next page)*

| | |
|---|---|
| CALLEGARY & STEEDMAN, P.A. | YOUNG CONAWAY STARGATT & TAYLOR LLP |
| /s/Wayne D. Steedman<br>Wayne D. Steedman, Esq.<br>201 N. Charles St., Suite 1402<br>Baltimore, MD 21201<br>(410) 576-7606<br>wayne@callegarysteedman.com<br>Attorney for Defendants | /s/ Michael P. Stafford<br>Michael P. Stafford, Esq.<br>Delaware Bar No. 4461<br>The Brandywine Building<br>1000 W. 17th St., P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6653<br>mstafford@ycst.com<br>Attorney for Plaintiff the Board of Education of the Appoquinimink School District |
| LAW OFFICE OF BRUCE HUDSON | STATE OF DELAWARE DEPARTMENT OF JUSTICE |
| /s/ Bruce L. Hudson<br>Bruce L. Hudson, Esq.<br>Delaware Bar No. 1003<br>800 N. King St., Suite 302<br>Wilmington, DE 19801<br>(302) 656-9850<br>delaw@brucehudsonlaw.com<br>Delaware Local Counsel for Defendants | /s/ Mary Cooke<br>Mary Cooke, Esq.<br>Delaware Bar No. 3441<br>Deputy Attorney General<br>Civil Division-New Castle County<br>(302) 739-7641<br>Mary.Cooke@state.de.us<br>Attorney for Plaintiff the Delaware Department of Education |

SO ORDERED this ____ day of _____, 2007

_____
United States Judge