**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **BOARD OF EDUCATION OF THE** | * | |
| **APPOQUINIMINK SCHOOL DISTRICT,** | * | |
| **et al.,** | * | |
| **Plaintiffs** | * | |
| **v.** | * | **Civil Action No. 06-770-JJF** |
| **S Q J, V** | * | |
| **et al.,** | * | |
| **Defendants** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>JOINT STIPULATION AND ORDER</u>

It is hereby stipulated by and between the parties in the above-captioned matter that the briefing schedule set forth in the Scheduling Orders shall be amended as follows:

1. Answering Briefs to case dispositive motions shall be served and filed on or before January 30, 2008;
2. Reply Briefs shall be served and filed on February 14, 2008.

Counsel for all parties certify that they have consulted with their respective clients about this request.

*(Continued on next page)*

CALLEGARY & STEEDMAN, P.A.

/s/Wayne D. Steedman
Wayne D. Steedman, Esq.
201 N. Charles St., Suite 1402
Baltimore, MD 21201
(410) 576-7606
wayne@callegarysteedman.com
Attorney for Defendants


LAW OFFICE OF BRUCE HUDSON

/s/ Bruce L. Hudson
Bruce L. Hudson, Esq.
Delaware Bar No. 1003
800 N. King St., Suite 302
Wilmington, DE 19801
(302) 656-9850
delaw@brucehudsonlaw.com
Delaware Local Counsel for Defendants


YOUNG CONAWAY STARGATT
& TAYLOR LLP

/s/ Michael P. Stafford
Michael P. Stafford, Esq.
Delaware Bar No. 4461
The Brandywine Building
1000 W. 17th St., P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6653
mstafford@ycst.com
Attorney for Plaintiff the Board of
Education of the Appoquinimink
School District


STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Mary Cooke
Mary Cooke, Esq.
Delaware Bar No. 3441
Deputy Attorney General
Civil Division-New Castle County
(302) 739-7641
Mary.Cooke@state.de.us
Attorney for Plaintiff the Delaware
Department of Education


SO ORDERED this _____ day of _____, 2007

_____
United States Judge