IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE BOARD OF EDUCATION OF THE APPOQUINIMINK SCHOOL DISTRICT, et al, : : : : Plaintiffs, : : v. : : MR. & MRS. SQJ, IV, parents of : SQJ, V, : : Defendants. : | Civil Action No. 06-770-JJF |

## O R D E R

WHEREAS, Defendants filed a "Motion To Amend" requesting a continuance of the February 7, 2008 Pretrial Conference (D.I. 36);

WHEREAS, the motion is unopposed;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) The Pretrial Conference on February 7, 2008 at 2:30 p.m. is **CANCELLED**.

2) A Pretrial Conference will be held on **Thursday, February 14, 2008 at 4:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective June 30, 2007) shall govern the pretrial conference;

3) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Counsel

should be available during the 120 day period for trial.


January 8, 2008
_____     _____
           DATE                       UNITED STATES DISTRICT JUDGE