IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE


THE BOARD OF EDUCATION OF THE          :
APPOQUINIMINK SCHOOL DISTRICT, and     :
THE DELAWARE DEPARTMENT OF             :
EDUCATION,                             :
                                       :
          Plaintiffs,                  :
                                       :
     v.                                :   Civil Action No. 06-770-JJF
                                       :
JULIE JOHNSON AND SAMUEL QUINTON       :
JOHNSON IV, parents of SQJ, V,         :
                                       :
          Defendants.                  :


O R D E R

At Wilmington, this 15 day of April 2008, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1.  The Delaware Department of Education is **DISMISSED** from this action as requested by Defendants in their Answering Brief (D.I. 40) to Plaintiffs' Joint Motion For Summary Judgment.

2.  Plaintiffs' Joint Motion For Summary Judgment (D.I. 30) is **GRANTED** in all other respects.

3.  Plaintiffs' Joint Motion In Limine To Exclude Testimony By Any Witness Not Identified In Discovery (D.I. 42) is **DENIED** as moot.

4.  Defendants' Motion For Leave To File A Surreply (D.I. 44) is **DENIED**.

5.   The Clerk shall enter Judgment in favor of the Board of Education of the Appoquinimink School District and against Defendants.

_____
UNITED STATES DISTRICT JUDGE