IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE BOARD OF EDUCATION OF THE APPOQUINIMINK SCHOOL DISTRICT, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-770-JJF |
| JULIE JOHNSON AND SAMUEL QUINTON JOHNSON IV, parents of SQJ, V, | : |
| Defendants. | : |

**JUDGMENT IN A CIVIL CASE**

For the reasons set forth in the Court's Memorandum Opinion and Order dated April 15, 2008;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Plaintiff the Board of Education of the Appoquinimink School District and against Defendants, Julie Johnson and Samuel Quinton Johnson IV, Parents of SQJ, V.

_____
UNITED STATES DISTRICT JUDGE

Dated: April 15, 2008

_____
(By) Deputy Clerk