NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

**U.S. District Court for the District of Delaware**

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT COURT
DOCKET NUMBER: CA# 06-770-JJF

Board of Education of the

Appoquinimink School District
v.

DISTRICT COURT
JUDGE: Farnan

Julie Johnson and Samuel Quinton
Johnson IV, parents of SQJ, V

Notice is hereby given that Julie Johnson and Samuel Quinton Johnson IV
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [XX] Judgment, [ ] Order,

[ ] Other (specify) in favor of Plaintiff and against Defendants

_____

entered in this action on April 15, 2008
(date)

Dated: May 14, 2008

(Counsel for Appellant-Signature)

Wayne D. Steedman, Esq.
(Name of Counsel - Typed)

201 N. Charles St., Suite 1402
(Address)

Baltimore, MD 21201
(City, State Zip)

(410) 576-7606
(Telephone Number)

Michael P. Stafford, Esq.
(Counsel for Appellee)

1000 West Street, 17th Floor
(Address)

Wilmington, DE 19899-0391
(City, State Zip)

(302) 571-6553
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the
Notice of Appeal sheet.

NOTICE OF APPEAL TO U.S. COURT OF APPEALS, THIRD CIRCUIT (Cont'd)


_____
(Counsel for Appellant - Signature)

Bruce L. Hudson, Esq.

800 N. King St., Suite 302

Wilmington, DE 19801

(302) 656-9850