IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOARD OF EDUCATION OF THE APPOQUINIMINK SCHOOL DISTRICT, et al., <br>            Plaintiffs <br><br> v. <br><br> S Q J, V et al., <br>            Defendants | Civil Action No. 06-770-JJF |

## DEFENDANTS' MOTION TO STAY PENDING APPEAL

Defendants Julie and Samuel Quinton Johnson IV, by counsel and pursuant to Fed. R. Civ. P. 62, hereby moves this Court to enter a stay of the Judgment entered on the docket on April 16, 2008. The reasons for this motion will be set forth in a Memorandum of Points and Authorities filed herewith, pursuant to LCvR 7.1.3.(c). A proposed order will also be submitted therewith.

Respectfully submitted,

/s/ Bruce L. Hudson
Bruce L. Hudson, Esq.,
Delaware Bar No. 1003
800 N. King Street, Suite 302
Wilmington, DE 19801
(302) 656-9850

/s/Wayne D. Steedman
Wayne D. Steedman,
Federal Bar No. 09474
Callegary & Steedman, P.A.
201 N. Charles Street, Suite 1402
Baltimore, Maryland 21201
410-576-7606

May 19, 2008
Date