IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| BOARD OF EDUCATION OF THE APPOQUINIMINK SCHOOL DISTRICT, et al., | * * * * | |
| Plaintiffs | * * | |
| v. | * * | Civil Action No. 06-770-JJF |
| S Q J, V et al., | * * * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>ORDER</u>

At Wilmington, this __ day of _____, 2008, in consideration of the Defendants' Motion for Stay and the Memorandum of Points and Authorities in Support thereof;

IT IS HEREBY ORDERED that this Court's Order and Judgment entered on April15, 2008, is hereby stayed, pending resolution of the Defendants' appeal thereof to the United States Court of Appeals for the Third Circuit.

_____
The Honorable JOSEPH J. FARNAN
United States District Judge