IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOARD OF EDUCATION OF THE APPOQUINIMINK SCHOOL DISTRICT, et al., <br>         Plaintiffs <br><br> v. <br><br> S Q J, V et al., <br>         Defendants | Civil Action No. 06-770-JJF |

## NOTICE OF MOTION

Pursuant to the Standing Order issued by this Court on February 1, 2008, Defendants Julie and Samuel Quinton Johnson, IV, parents of SQJV, hereby designate to this Court and the opposing party that they select July 11, 2008, at 2 p.m. as the date and time at which they intend to present their Motion to Stay Pending Appeal.

                                              Respectfully submitted,

                                              /s/ Bruce L. Hudson
                                              Bruce L. Hudson, Esq.,
                                              Delaware Bar No. 1003
                                              800 N. King Street, Suite 302
                                              Wilmington, DE 19801
                                              (302) 656-9850

                                              /s/Wayne D. Steedman
                                              Wayne D. Steedman,
                                              Federal Bar No. 09474
                                              Callegary & Steedman, P.A.
                                              201 N. Charles Street, Suite 1402
                                              Baltimore, Maryland 21201
                                              410-576-7606

May 22, 2008
Date